**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**



FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUN 30 A 9 14

CLERK _F. LaVictoire_
SO. DIST. OF GA.

DANNY LEE WRIGHT,

        Petitioner,

        vs.

JOSE VAZQUEZ, Warden,

        Respondent.

:
:
:
:
:
:
:
:

CIVIL ACTION NO.: CV205-136

## O R D E R

Petitioner, an inmate at the Federal Satellite Low in Jesup, Georgia, has filed an action under 28 U.S.C. § 2241.

The United States Marshal is hereby directed to serve a copy of the Petition and a copy of this Order upon: (1) the Attorney General of the United States; (2) the named Respondent; and (3) the United States Attorney for the Southern District of Georgia. Pursuant to Rule 4(i) of the Federal Rules of Civil Procedure, personal service shall be perfected upon the United States Attorney. Pursuant to Fed. R. Civ. P. 4(i) service may be perfected upon the Attorney General of the United States and upon Respondent by registered or certified mail.

Respondent is hereby ordered to show cause, in writing, why the Petitioner's writ should not be granted by filing a return and response with the Clerk of Court, Post Office Box 1636, Brunswick, Georgia, 31521, within twenty (20) days of the date of service.

**SO ORDERED**, this _29th_ day of June, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE